## TRACY *et al.* v. DENNIS.

No. 6547.   Opinion Filed January 5, 1915.

(145 Pac. 772.)

**APPEAL AND ERROR—Settlement of Case-Made—Notice.** Where no notice of the time of settlement of a case-made is given or waived, and there is no appearance of the opposite party either in person or by counsel, a case-made so settled is a nullity, and no jurisdiction is vested in this court to decide any question arising thereon.

(Syllabus by the Court.)

*Error from County Court, Creek County;*

*Warren H. Brown, Judge.*

Action between Joe Tracy and another and J. M. Dennis. From the judgment, the parties first mentioned bring error. Dismissed.

*Pryor & Rockwood,* for plaintiff in error.

*Wm. L. Cheatham,* for defendant in error.

RIDDLE, J.   Motion is filed to dismiss this appeal, on the ground that no notice was given of the time and place of allow-

ing and settling the case-made, and that same was allowed and settled without notice to defendant in error; that defendant in error made no appearance or suggestion of amendments, nor did he otherwise waive notice or a right to be present at the time said case-made was settled. Plaintiffs in error concede the existence of this state of facts. The motion to dismiss is sustained. *Moore v. Howard M'er. Co.*, 40 Okla. 491, 139 Pac. 524.

*Wyant v. Wheeler*, 38 Okla. 68, 132 Pac. 137.

All the Justices concur.